tion for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Messrs. C. W. Strickling, M. Carter Hall,* and *David H. Leake* for petitioner. *Mr. A. A. Lilly* for respondents.

No. 453. JACOBS ET AL. *v.* LUCAS, COMMISSIONER OF INTERNAL REVENUE. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. David Goldsmith* for petitioners. *Solicitor General Hughes, Messrs. Claude R. Branch, Sewall Key,* and *W. Marvin Smith* and *Helen R. Carloss* for respondent.

No. 455. KOKUSAI KISEN KABUSHIKI KAISHA *v.* TEXAS GULF SULPHUR Co. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. George C. Sprague* and *George W. Betts, Jr.,* for petitioner. *Messrs. Henry M. Longley* and *Ezra G. Benedict Fox* for respondent.

No. 456. COURSEY ET AL. *v.* FIRESTONE TIRE & RUBBER Co. December 2, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Fred A. Wright* and *James C. Kinsler* for petitioners. *Mr. P. E. Boslaugh* for respondent.

No. 461. DRY DOCK, EAST BROADWAY & BATTERY R. Co. *v.* CITY OF NEW YORK. December 2, 1929. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Alfred T. Davison* for petitioner. *Messrs.*